Entered on Docket
August 16, 2010

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

___

Philip K. Goldstein, Esq.
Nevada Bar #4275
LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.
609 South Seventh Street
Las Vegas, NV 89101
(702) 388-2004
Attorney for Debtors

E-filed: 8/13/10

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:

JEFFREY ABAD,
GRACE ABAD,

Debtors.

) CASE NO. 08-24208 BAM
) CHAPTER 13
)
) Date of Hearing: 8/12/10
) Time of Hearing: 2:30 P.M.

### ORDER GRANTING DEBTORS' MOTION TO APPROVE MORTGAGE LOAN MODIFICATION

The Court, having reviewed Debtors' Motion To Approve Mortgage Loan Modification, with no opposition being filed, and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Mortgage Loan Modification between Debtors, Jeffrey and Grace Abad and Creditor, ASC (America's Servicing Co.) dated June 10, 2010, in regards to the real property located at 5129 Ruby Sunset St., N. Las Vegas, Nevada 89031, be and is hereby approved.

DATED: This 13 day of August 2010.

Submitted By:

LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.

By: _____
PHILIP K. GOLDSTEIN, ESQ.
Nevada Bar #4275
Attorney for Debtor(s)

Law Offices of Philip K. Goldstein, Ltd.
609 South Seventh Street
Las Vegas, Nevada 89101
(702) 388-2004 * (702) 388-2024

2

**ALTERNATIVE METHOD re: RULE 9021:**

**LR 9014(g)**

Compliance with LR 9021. In Chapter 7 and 13 cases, LR 9021(b)(1) is waived if a proposed order is served with the motion and the motion is granted. The proposed order must be attached as an exhibit and may not be separately filed or submitted for the judge's signature prior to the hearing. If the proposed order is not served with the motion, or if the order has been modified by the court or otherwise, then LR 9021(b)(1) is applicable.

**LR 9021(c)**

1) Documents listed in subsection (a) above must be submitted to the court with the following certification from the submitting counsel:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

✓ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Trustee: (Kathleen Leavitt) Rick Yarnall- approved/ disapproved (no response)

    Counsel appearing: _____ - approved/ disapproved

    Unrepresented parties: _____ - approved/ disapproved

✓ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###