

**Entered on Docket
November 17, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
America's Servicing Company
08-75337

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

Jeffrey Pascua Abad and Grace Cabico Abad

Debtors.

BK-S-08-24208-bam

MS Motion No. 73
Date: November 16, 2010
Time: 1:30 p.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the
2   post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $2,274.40 (August 1, 2010 - October 1, 2010) | $6,823.20 |
| 3 Late Charges at $97.51 (August 1, 2010 - October 1, 2010) | $292.53 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $650.00 |
| Total | $7,915.73 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,319.29 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the November 20, 2010 payment and continuing throughout and concluding on or before March 20, 2010. The sixth final payment in the amount of $1,319.28 shall be paid on or before April 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the November 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 5129 Ruby Sunset St., North Las Vegas, NV 89081, and legally described as follows:

> Lot 56, of R AND S ALEXANDER II, as shown by Map thereof on File in Book 127 of Plats, Page 41, in the Office of the County Recorder of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /s/ *[signature]* 1796
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By *[signature]* 11/8/10

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Philip K. Goldstein

By *[signature]*

Philip K. Goldstein
Attorney for Debtors
609 S. 7th Street
Las Vegas, NV 89101

Nevada Bar No. 4275

1  In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
2  ____ The court has waived the requirements set forth in LR 9021(b)(1).
3  ____ No party appeared at the hearing or filed an objection to the motion.
_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
4       any unrepresented parties who appeared at the hearing, and each has approved or
        disapproved the order, or failed to respond, as indicated below [list each property and
5       whether the party has approved, disapproved, or failed to respond to the document]:

6  _x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
7       motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
        order.
8  Debtor's counsel:
9  _X_ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or   ____ failed to respond to the document
10  ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order
11  Trustee:
12 _X_ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or   ____ failed to respond to the document
13

14  ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
        counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
15      parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
16      respond, as indicated below.

17  Debtor's counsel:
18  ____ approved the form of this order         ____ disapproved the form of this order
    ____ waived the right to review the order and/or   ____ failed to respond to the document
19  ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order
20
    Trustee:
21
22  ____ approved the form of this order         ____ disapproved the form of this order
    ____ waived the right to review the order and/or   ____ failed to respond to the document
23
    ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
24      written objection.
25
26  Submitted by:
    /s/ Gregory L. Wilde, Esq.
    Gregory L. Wilde, Esq.
    Attorney for Secured Creditor